UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-152-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| V. | ) | **ORDER** |
| | ) | |
| DEREK RICHARDSON | ) | |
| Defendant | ) | |

For good cause shown, Defendant's motion to unseal the Memorandum of Plea Agreement, the Pre-Sentence Report with Addendum and the Statement of Reasons, is hereby ALLOWED.

The Clerk is directed to provided appellate counsel W. H. Paramore, III with a copy of the Memorandum of Plea Agreement and the U.S. Probation office is directed to provided copies of the Pre-Sentence Report with Addendum and the Statement of Reasons to the Defendant's counsel.

This the 31, day of May, 2011.

The Honorable Terrence W. Boyle
United States District Judge