# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

**FILED IN OPEN COURT**
ON ___6/22/2016___ ᵘᵖ
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Derek Richardson | ) | Case No:  5:10-CR-152-1BO |
| | ) | USM No:  53755-056 |
| Date of Original Judgment: January 27, 2011 | ) | |
| Date of Previous Amended Judgment: | ) | Alan DuBois, Assistant Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　　☐DENIED.　☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of  210 _____ months **is reduced to**  168 months _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 27, 2011 _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  6·22·16

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle  U.S. District Judge
_____
Printed name and title

EDNC Rev. 11/8/2011